## MAYOR & AL. vs. PEYROUX.

APPEAL from the court of the parish and city of New-Orleans.

MARTIN, J. delivered the opinion of the court. The defendant, sued for the price of the adjudication of the farm of the duties payable to the plaintiffs by the sellers of meat, fish, vegetables, &c. filed a petition of reconvention, complaining of the gross neglect of the officers of the corporation, in enforcing obedience to the ordinances of the city council, whereby the defendants were considerably injured. The case was tried by a jury, who found for the defendant on the reconvention; and the plaintiffs appealed without having made any effort to obtain a new trial.

If the corpo-
ration of New
Orleans ne-
glect enfor-
cing their or-
dinances the
farmers of
their duties
may claim a
diminution in
the price of
adjudication.

The case turns on a mere point of fact. If the officers of the city have, by their negligence, prevented the defendant from collecting the duties, the farm of which was adjudicated to the latter, or if their gross negligence has rendered the farm less productive and advan-

MAYOR & AL.
*vs*
PEYROUX.

tageous, the defendant ought to be indemnified.

Of these facts the jury were the proper judges: the defendants have not complained of the verdict below; the judge has expressed his satisfaction therewith. In such a case we rarely interfere, and the examination of the evidence has convinced us we ought not to do it.

It is therefore ordered, adjudged and decreed, that the judgment of the parish court be affirmed with costs.

*Moreau* and *De Armas* for the plaintiff, *Derbigny* and *Preston* for the defendant.